## 32305. PATENT SCAFFOLDING COMPANY v. ETHERIDGE.

JORDAN, Justice.

This case is controlled by the holding in *Ford Motor Co. v. Carter*, 239 Ga. 657 (1977).

The judgment of the Court of Appeals accordingly is reversed.

*Judgment reversed. All the Justices concur, except Nichols, C. J., who concurs in the judgment only, and Undercofler, P. J., and Hill, J., who dissent. Marshall, J., disqualified.*

ARGUED JUNE 13, 1977 — DECIDED SEPTEMBER 6, 1977 — REHEARING DENIED SEPTEMBER 27, 1977.

*Freeman & Hawkins, William Q. Bird,* for appellant.
*Shelfer, Shelfer & Eldridge, Frank M. Eldridge, Charles H. Hyatt,* for appellee.
*William O. Carter,* amicus curiae.